IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JEFFREY A. CHILDERS, | ) | |
| | ) | |
| Interpleader Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 126-094 |
| | ) | |
| WESLEY THOMAS BAKER, JR., and | ) | |
| CERTAIN UNDERWRITERS AT | ) | |
| LLOYD'S, LONDON, Subscribing to Master | ) | |
| Policy No. NAGN04660020, | ) | |
| | ) | |
| Interpleader Defendants. | ) | |

_____

**O R D E R**

_____

The above captioned case was opened in the Augusta Division of the Southern District of Georgia, although at least one of the defendants resides in Dodge County which is in the Dublin Division of the Southern District of Georgia.  (See doc. no. 1, p. 3.)  The complaint acknowledges that the Dublin Division is the appropriate venue for this action.  (Id., see also, 28 U.S.C. § 1397.)  Accordingly, the case is hereby **TRANSFERRED** to the Dublin Division.

SO ORDERED this 21st day of May, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA